UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL ELECTRIC PENSION TRUST; GE RSP U.S. EQUITY FUND; GE INSTITUTIONAL FUNDS; GE INVESTMENT FUNDS, INC.; and ELFUN TRUSTS;<br><br>                            Plaintiffs,<br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.;<br><br>                            Defendant. | Case No. 15-cv-00957 (UA)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Ian D. Berg, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for General Electric Pension Trust, GE RSP U.S. Equity Fund, GE Institutional Funds, GE Investment Funds, Inc., and Elfun Trusts in the above-captioned action.

      I am in good standing of the bars of the states of California, Pennsylvania, and Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 19, 2015

                                              Respectfully Submitted,

                                              */s/ Ian D. Berg*
                                              Ian D. Berg
                                              Abraham, Fruchter & Twersky, LLP
                                              12526 High Bluff Drive, Suite 300
                                              San Diego, CA 92130
                                              Telephone: (858) 792-3448
                                              Fax: (858) 792-3449
                                              E-Mail: iberg@aftlaw.com



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Ian David Berg, Esq.

**DATE OF ADMISSION**

*April 21, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: February 17, 2015

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk



THE STATE BAR
OF CALIFORNIA

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 11, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, IAN D. BERG, #263586 was admitted to the practice of law in this state by the Supreme Court of California on June 2, 2009; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Ian D. Berg

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 8, 2001 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, February 13, 2015.

*Carolyn Taft Grosboll*
Clerk