UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL ELECTRIC PENSION TRUST; GE RSP U.S. EQUITY FUND; GE INSTITUTIONAL FUNDS; GE INVESTMENT FUNDS, INC.; and ELFUN TRUSTS;<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.;<br><br>Defendant. | Case No. 15-cv-00957 (UA)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Ian D. Berg, for admission to practice Pro Hac Vice in the above action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of California, Pennsylvania, and Illinois; and that his contact information is as follows:

Ian D. Berg
Abraham, Fruchter & Twersky, LLP
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 792-3448
Fax: (858) 792-3449

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for General Electric Pension Trust, GE RSP U.S. Equity Fund, GE Institutional Funds, GE Investment Funds, Inc., and Elfun Trusts in the above entitled action in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

_____
United States District/ Magistrate Judge