UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

GENERAL ELECTRIC PENSION
TRUST <u>et al.</u>,

       Plaintiffs,

   -v-                               No. 15 Civ. 957 (LTS)(DCF)

AMERICAN INTERNATIONAL
GROUP, INC.,

       Defendant.

-------------------------------------------------------x

<u>ORDER</u>

       In accordance with the Opinion, filed today in the above-captioned case and related cases, Defendants' joint omnibus motion to dismiss the complaint is granted. Plaintiffs' claims under the Exchange Act are dismissed to the extent they rely on misstatements and/or omissions made prior to May 26, 2007.

       This Order resolves docket number 19.

       SO ORDERED.

Dated: New York, New York
       September 10, 2015

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge